DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JOSE NAVA,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D22-1320

[June 1, 2023]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Lawrence M. Mirman, Judge; L.T. Case No. 562018CF003199B.

Jacob M. Noble, Palm Beach Gardens, for appellant.

Ashley Moody, Attorney General, Tallahassee, and Kimberly T. Acuña, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, MAY and GERBER, JJ., concur.

*             *             *

***Not final until disposition of timely filed motion for rehearing.***